THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:22-cv-462-BO-RJ

| | |
|---|---|
| KENNETH JEFFREYS, an Individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| LUIHN REAL ESTATE INVESTMENTS LLC, a North Carolina Limited Liability Company, | ) ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing their agreement and obtaining their respective client's signatures. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement.

March 29, 2023

Respectfully Submitted,

By: */s/ Walter E. Daniels III*
    Walter E. Daniels III, Esq.
    NC Bar No. 27219
    14 South Pack Square, Suite 502
    Asheville, North Carolina 28801
    Tel: (828) 258-7022
    Fax: (888) 277-2412
    danielslawfirm.p.c@gmail.com

    *Attorney for Plaintiff*

Respectfully Submitted,

By: */s/ T. Nelson Hughes, Jr.*
    T. Nelson Hughes, Jr., Esq.
    NC State No. 59342
    Wyrick Robbins Yates & Ponton LLP
    4101 Lake Boone Trail, Suite 300
    Raleigh, North Carolina 27607
    Tel: (919) 781-4000
    nhughes@wyrick.com

    *Attorney for Defendant*

1

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to:

T. Nelson Hughes, Jr., Esq.
NC State No. 59342
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Tel: (919) 781-4000
nhughes@wyrick.com

By: */s/ Walter E. Daniels III*
Walter E. Daniels III, Esq.