THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:22-cv-462-BO-RJ

| | |
|---|---|
| KENNETH JEFFREYS, an Individual, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| LUIHN REAL ESTATE INVESTMENTS LLC, a North Carolina Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

April 4, 2023

Respectfully Submitted,

By: /s/ Walter E. Daniels III
    Walter E. Daniels III, Esq.
    NC Bar No. 27219
    14 South Pack Square, Suite 502
    Asheville, North Carolina 28801
    Tel: (828) 258-7022
    Fax: (888) 277-2412
    danielslawfirm.p.c@gmail.com

*Attorney for Plaintiff*

Respectfully Submitted,

By: /s/ T. Nelson Hughes, Jr.
    T. Nelson Hughes, Jr., Esq.
    NC State No. 59342
    Wyrick Robbins Yates & Ponton LLP
    4101 Lake Boone Trail, Suite 300
    Raleigh, North Carolina 27607
    Tel: (919) 781-4000
    nhughes@wyrick.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

T. Nelson Hughes, Jr., Esq.
NC State No. 59342
Wyrick Robbins Yates & Ponton LLP
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Tel: (919) 781-4000
nhughes@wyrick.com

By: */s/ Walter E. Daniels III*
  Walter E. Daniels III, Esq.